UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JAMES ANDRE BANKS,

    Defendant.

Case No. 23-cr-307 (JRT/DTS)

**PRELIMINARY ORDER OF FORFEITURE**

Craig R Baune, Assistant United States Attorney, **UNITED STATES ATTORNEY'S OFFICE,** 300 S 4th St. Ste 600, Minneapolis, MN 55415, for plaintiff.

James Andre Banks, SPN # 29272, Sherburne County Jail, 13880 Business Center Drive Northwest, Elk River, MN 55330, *pro se* Defendant; Paul C. Engh, **PAUL ENGH ATTORNEY AT LAW**, 150 South Fifth Street, Suite 2860, Minneapolis, MN 55402, Standby Counsel for Defendant.

Based on the United States' Motion for a Preliminary Order of Forfeiture; on the Plea Agreement entered into between the United States and Defendant James Andre Banks; and on the Court having found that certain property is subject to forfeiture pursuant to 21 U.S.C. § 853(a), the United States has established the requisite nexus between such property and the offenses to which the Defendant has been found guilty,

IT IS HEREBY ORDERED that:

1.    the United States' Motion for a Preliminary Order of Forfeiture (ECF No. 213) is **GRANTED;**

2. the following property is forfeited to the United States pursuant to 21 U.S.C. § 853(a):

   a. a Taurus, model G2c, 9mm semi-automatic pistol bearing serial number AAM138396;

   b. a Glock, model 17, 9mm semi-automatic pistol, bearing serial number EA954; and

   c. any accessories and ammunition seized therewith ("the Property");

3. the Attorney General or her authorized designee may seize and maintain custody and control of the Property pending the entry of a Final Order of Forfeiture;

4. the United States shall, pursuant to 21 U.S.C. § 853(n)(1), publish and give notice of this Order and its intent to dispose of the Property in such manner as the Attorney General may direct;

5. pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B), this Preliminary Order of Forfeiture shall become final as to the defendant at the time of sentencing, and shall be made a part of the sentence and included in the judgment;

6. following the Court's disposition of all petitions filed pursuant to 21 U.S.C. § 853(n)(2) or, if no petitions are filed, following the expiration of the time period specified within which to file such petitions, the United States shall have clear title to the foregoing Property and may warrant good title to any subsequent purchaser or transferee; and

3

7. this Court shall retain jurisdiction to enforce this Order, and to amend it as necessary pursuant to Fed. R. Crim. P. 32.2(e).

Dated: February 4, 2026 at
Minneapolis, Minnesota

      s/John R. Tunheim
      JOHN R. TUNHEIM
      United States District Judge