**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

UNITED STATES OF AMERICA,

Plaintiff,

v.

JAMES ANDRE BANKS,

Defendant.

Case No. 23-cr-307 (JRT/DTS)

**FINAL ORDER OF FORFEITURE**

---

Craig R Baune, Assistant United States Attorney, **UNITED STATES ATTORNEY'S OFFICE,** 300 S 4th St. Ste 600, Minneapolis, MN 55415, for plaintiff.

James Andre Banks, SPN # 29272, Sherburne County Jail, 13880 Business Center Drive Northwest, Elk River, MN 55330, *pro se* Defendant; Paul C. Engh, **PAUL ENGH ATTORNEY AT LAW**, 150 South Fifth Street, Suite 2860, Minneapolis, MN 55402, Standby Counsel for Defendant.

On February 4, 2026, this Court entered a Preliminary Order of Forfeiture pursuant to 21 U.S.C. § 853(a);

Plaintiff posted a Notice of Criminal Forfeiture for a least 30 consecutive days on an official government internet site (www.forfeiture.gov), beginning on February 6, 2026, providing notice of the United States' intention to dispose of property in accordance with law, and of the right of third parties to petition the Court within 60 days of the first date of posting for a hearing to adjudicate the validity of their alleged legal interest in the property.

No third party has filed a petition asserting an interest in the subject property.

**NOW, THEREFORE, IT IS HEREBY ORDERED** that:

1. The United States' Motion for Final Order of Forfeiture (ECF No. 261) is **GRANTED**; and

2. all right, title and interest in the following property is hereby forfeited to and vested in the United States of America pursuant to 21 U.S.C. § 853(a):

   a. a Taurus, model G2c, 9mm semi-automatic pistol bearing serial number AAM138396;

   b. Glock, model 17, 9mm semi-automatic pistol, bearing serial number EA954; and

   c. any accessories and ammunition seized therewith

3. the United States shall dispose of the property in accordance with law.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: August 31, 2026
at Minneapolis, Minnesota.

s/John R. Tunheim
JOHN R. TUNHEIM
United States District Judge